IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **REMBRANDT TECHNOLOGIES, LP** | § § | |
| **Plaintiff,** | § § | |
| v. | § § | **CASE NO. 2:06-CV-224 [LED]** |
| **TIME WARNER CABLE INC.** | § § | **JURY TRIAL REQUESTED** |
| **Defendant.** | § § | |

**PLAINTIFF'S REPLY TO DEFENDANT'S ANSWER AND COUNTERCLAIMS**

Plaintiff Rembrandt Technologies, LP ("Rembrandt") respectfully submits this Reply to the Answer and Counterclaims of Defendant Time Warner Cable Inc. ("Time Warner") filed August 23, 2006:

**PARTIES**

1. Admitted.

2. Admitted.

**JUSISDICTION AND VENUE**

3. Rembrandt admits that Time Warner purports through its counterclaims to seek a declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202 and that this Court has jurisdiction over such claims, but denies that Time Warner is entitled to its requested relief.

4. Admitted.

5. Admitted.

6. Admitted.

2

## FIRST COUNTERCLAIM

7.     Rembrandt repeats and re-alleges its response to paragraphs 1-6 of the Counterclaims, and further incorporates by reference its allegations in its Complaint filed June 1, 2006.

8.     Denied.

## SECOND COUNTERCLAIM

9.     Rembrandt repeats and re-alleges its response to paragraphs 1-8 of the Counterclaims, and further incorporates by reference its allegations in its Complaint filed June 1, 2006.

10.    Denied.

## PRAYER FOR RELIEF

WHEREFORE, Rembrandt prays that the Court deny in all respects Time Warner's prayer for relief, that the Court enter judgment against Time Warner on all claims alleged by Time Warner, and that the Court enter on behalf of Rembrandt:

(a)    a judgment that Time Warner has infringed the Rembrandt patents-in-suit directly and/or indirectly by way of inducing infringement and/or contributing to the infringement of those patents;

(b)    a permanent injunction enjoining and restraining Time Warner and its agents, servants, employees, affiliates, divisions and subsidiaries, and those in association therewith, from making, using, offering to sell, selling, and importing into the United States any product, or using, offering to sell, or selling any service, which falls within the scope of any claim of the patents-in-suit;

2

(c)     a judgment and order requiring Time Warner to pay Rembrandt damages under 35 U.S.C. § 284, including treble damages for willful infringement as provided by 35 U.S.C. § 284, and supplemental damages for any continuing post-verdict infringement up until entry of final judgment with an accounting as needed;

(d)     a judgment and order requiring Time Warner to pay Rembrandt pre-judgment and post-judgment interest on the damages awarded;

(e)     a judgment and order finding this to be an exceptional case and requiring Time Warner to pay the costs of this action (including all disbursements) and attorney's fees as provided by 35 U.S.C. § 285; and

(f)     such other and further relief as the Court deems just and equitable.

DATED: Sepbember 11, 2006                          Respectfully submitted,


/s/ Sam Baxter_____
Sam Baxter
State Bar No. 01938000
**McKOOL SMITH, P.C.**
505 E. Travis, Suite 105
Marshall, Texas  75670
Telephone:  (903) 927-2111
Telecopier:  (903) 927-2622
sbaxter@mckoolsmith.com

Jeffrey A. Carter
State Bar No. 03919400
**McKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:  (214) 978-4006
Telecopier:  (214) 978-4044
jcarter@mckoolsmith.com

Austin 30892v1

Travis Gordon White
State Bar No. 21333000
**McKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, Texas  78701
Telephone:  (512) 692-8700
Telecopier:  (512) 692-8744
gwhite@mckoolsmith.com

Robert M. Parker
State Bar No. 15498000
Robert Christopher Bunt
State Bar No. 00787165
**PARKER & BUNT, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas  75702
Telephone:  (903) 531-3535
Telecopier:  (903) 533-9687
cbunt@cox-internet.com
rmparker@cox-internet.com

Otis Carroll
State Bar No. 03895700
Patrick Kelley
State Bar No. 11202500
Collin Maloney
State Bar No. 00794219
**IRELAND, CARROLL & KELLEY, P.C.**
6101 S. Broadway, Suite 500
Tyler, Texas  75703
Telephone:  (903) 561-1600
Telecopier:  (903) 581-1071
Fedserv@icklaw.com

4

Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Andrew W. Spangler
State Bar No. 24041960
**BROWN McCARROLL LLP**
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Telecopier: (903) 236-8787
ccapshaw@mailbmc.com
ederieux@mailbmc.com
aspangler@mailbmc.com

**ATTORNEYS FOR PLAINTIFF
REMBRANDT TECHNOLOGIES, LP**

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail, on this the 11th day of September, 2006.

/s/ Sam Baxter_____
Sam Baxter