IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 2:06-CV-224-TJW-CE |
| v. | § | JURY TRIAL REQUESTED |
| | § | |
| TIME WARNER CABLE INC., et al. | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S REPLY TO COUNTERCLAIMS OF DEFENDANTS

Plaintiff Rembrandt Technologies, LP ("Rembrandt") respectfully submits this Reply to the counterclaims asserted in "TWC's Answer to Rembrandt's First Amended Complaint and Counterclaims."

## PARTIES

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

2

## JURISDICTION AND VENUE

7. Rembrandt admits that the Defendants purport through their counterclaims to seek a declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202, but denies that Defendants are entitled to any relief.

8. Admitted.

9. Admitted.

10. Admitted.

## FIRST COUNTERCLAIM

11. Rembrandt repeats and re-alleges its response to paragraphs 1-10 of the Counterclaims, and further incorporates by reference its allegations in its First Amended Complaint filed April 26, 2007.

12. Denied.

## SECOND COUNTERCLAIM

13. Rembrandt repeats and re-alleges its response to paragraphs 1-12 of the Counterclaims, and further incorporates by reference its allegations in its First Amended Complaint filed April 26, 2007.

14. Denied.

## PRAYER FOR RELIEF

WHEREFORE, Rembrandt prays that the Court deny in all respects Defendants' prayer for relief, that the Court enter judgment against Defendants on all of their claims, and that the Court enter on behalf of Rembrandt:

(a) a judgment dismissing Defendants' counterclaims with prejudice;

(b) a judgment that the Rembrandt patents-in-suit are valid and enforceable;

(c) a judgment that each Defendant has infringed the Rembrandt patents-in-suit directly and/or indirectly by way of inducing infringement and/or contributing to the infringement of those patents;

(d) a permanent injunction enjoining and restraining each Defendant and their respective agents, servants, employees, affiliates, divisions and subsidiaries, and those in association therewith, from making, using, offering to sell, selling, and importing into the United States any product, or using, offering to sell, or selling any service, which falls within the scope of any claim of the patents-in-suit;

(e) a judgment and order requiring Defendants to pay Rembrandt damages under 35 U.S.C. § 284, including treble damages for willful infringement as provided by 35 U.S.C. § 284, and supplemental damages for any continuing post-verdict infringement up until entry of final judgment with an accounting as needed;

(f) a judgment and order requiring Defendants to pay Rembrandt pre-judgment and post-judgment interest on the damages awarded;

(g) a judgment and order finding this to be an exceptional case and requiring Defendants to pay the costs of this action (including all disbursements) and attorney's fees as provided by 35 U.S.C. § 285; and

(h) such other and further relief as the Court deems just and equitable.

Case 2:07-cv-00240-TJW-CE  Document 94  Filed 06/28/2007  Page 3 of 5

Dallas 239482v1

DATED: June 8, 2007.                    Respectfully submitted,

   /s/ Sam Baxter
Sam Baxter
State Bar No. 01938000
**McKOOL SMITH, P.C.**
505 E. Travis, Suite 105
Marshall, Texas 75670
Telephone: (903) 927-2111
Telecopier: (903) 927-2622
sbaxter@mckoolsmith.com

Jeffrey A. Carter
State Bar No. 03919400
**McKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4006
Telecopier: (214) 978-4044
jcarter@mckoolsmith.com

Travis Gordon White
State Bar No. 21333000
**McKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744
gwhite@mckoolsmith.com

Robert M. Parker
State Bar No. 15498000
Robert Christopher Bunt
State Bar No. 00787165
**PARKER & BUNT, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687
cbunt@cox-internet.com
rmparker@cox-internet.com

4

        Otis Carroll
        State Bar No. 03895700
        Patrick Kelley
        State Bar No. 11202500
        Collin Maloney
        State Bar No. 00794219
        **IRELAND, CARROLL & KELLEY, P.C.**
        6101 S. Broadway, Suite 500
        Tyler, Texas 75703
        Telephone: (903) 561-1600
        Telecopier: (903) 581-1071
        Fedserv@icklaw.com

        Calvin Capshaw
        State Bar No. 03783900
        Elizabeth L. DeRieux
        State Bar No. 05770585
        Andrew W. Spangler
        State Bar No. 24041960
        **BROWN McCARROLL LLP**
        1127 Judson Road, Suite 220
        P.O. Box 3999 (75606-3999)
        Longview, Texas 75601-5157
        Telephone: (903) 236-9800
        Telecopier: (903) 236-8787
        ccapshaw@mailbmc.com
        ederieux@mailbmc.com
        aspangler@mailbmc.com

        **ATTORNEYS FOR PLAINTIFF**
        **REMBRANDT TECHNOLOGIES, LP**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail, on this the 8th day of June, 2007.

          /s/ Sam Baxter
          Sam Baxter